

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00560-CV

**IN RE** De Andre **HARRINGTON**

Original Proceeding[1]

PER CURIAM

Sitting:        Irene Rios, Justice
                    Beth Watkins, Justice
                    Lori I. Valenzuela, Justice

Delivered and Filed: July 5, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On June 1, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying proceeding pending final resolution of the petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion to stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022-CI-05165, styled *In the Interest of K.J.E., a Child*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez-Hortick presiding.